**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, | : <br> : <br> : |
| Plaintiff, | : <br> : |
| v. | :    Civil Action No. 1:07-cv-00963 (RMU) <br> : |
| U.S. DEPARTMENT OF EDUCATION, | : <br> : <br> : |
| Defendant. | : <br> : |

**PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO FILE ITS OPPOSITION TO DEFENDANT'S MOTION TO DISMISS AND MEMORANDUM IN SUPPORT THEREOF**

Plaintiff, Citizens for Responsibility and Ethics in Washington ("CREW") in the above-captioned case hereby moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for a short extension of time within which to reply to defendant's Memorandum of Points and Authorities in Support of defendant's Motion to Dismiss up to and including August 24, 2007.  In support of its motion, plaintiff respectfully states as follows:

    1.    Plaintiff's opposition is currently due August 6, 2007.

    2.    Plaintiff seeks this extension of time because the case has been transferred from one attorney, who has now left the employ of CREW, to Kimberly D. Perkins, and she will need to become acquainted with the case.  In addition, vacation schedules prevent plaintiff from being able to respond to defendant's motion by August 6, 2007.

    3.    This is plaintiff's first motion for an extension of time.

    4.    Defendant's counsel has been contacted pursuant to Local Rule 7(m) and objects

to the proposed enlargement of time.

    For all of the foregoing reasons, plaintiff respectfully requests a eighteen (18) day enlargement of time up to and including August 24, 2007, to oppose defendant's motion to dismiss.

                                Respectfully submitted,

                                _____/s/_____
                                Anne L. Weismann
                                (D.C. Bar No. 298190)
                                Kimberly D. Perkins
                                (D.C. Bar No. 481460)
                                Citizens for Responsibility and Ethics
                                 in Washington
                                1400 Eye Street, N.W., Suite 450
                                Washington, D.C.  20005
                                Phone:  202-408-5565
                                Fax:  202-588-5020

                                Attorneys for Plaintiff

Dated:  July 30, 2007