**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS) IN WASHINGTON, | |
| ) | |
| Plaintiff, ) | Case No. 1:07CV00963-RMU |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES DEPARTMENT OF ) EDUCATION, | |
| ) | |
| Defendant. ) | |
| _____) | |

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS**

Defendant, United States Department of Education, by and through undersigned counsel, hereby submits this motion for an extension of time to file its Reply in Support of Defendant's Motion to Dismiss.  In support of this motion, Defendant states as follows:

1.    Plaintiff's counsel Kimberly Perkins contacted undersigned counsel by telephone the afternoon of Friday July 27, 2007 and left a voicemail indicating that Plaintiff wanted an extension until August 24, 2007 to file an opposition to Defendant's motion to dismiss filed July 23, 2007.  Upon receiving the message, undersigned counsel contacted her client to discuss the request.

2.    On Monday, July 30, 2007, undersigned counsel returned Plaintiff's phone call and left a voicemail explaining that she could not agree to the proposed extension because her schedule at the end of August could not accommodate another brief. She suggested that Plaintiff's counsel call her that day or Tuesday to discuss the issue.  Plaintiff's counsel left another voicemail later that day after undersigned

counsel had left for the day.

3.    Undersigned counsel left a return voicemail at approximately 8:00 am this morning explaining that she could not agree to an extension until August 24, 2007 because Defendant's Reply would be due August 31, 2007 (LCvR 7(d)) and counsel already has a brief due that day.  However, undersigned counsel indicated that she could agree to the proposed extension provided Defendant's Reply was due in mid-September to accommodate undersigned counsel's obligations in other cases.  Undersigned counsel suggested that Plaintiff's counsel call to discuss an alternative schedule.

4.    Plaintiff's counsel filed a motion for extension of time until August 24, 2007 indicating that "Defendant's counsel has been contacted pursuant to Local Rule 7(m) and objects to the proposed enlargement of time."  The parties did not have an opportunity to discuss an alternative schedule before Plaintiff filed its motion.

5.    Defendant requests that its time to respond to Plaintiff's Opposition be enlarged from August 31, 2007 up to and including September 10, 2007.

6.    Pursuant to Local Rule 7(m), undersigned counsel contacted Plaintiff's counsel and she does not oppose this extension.

For the foregoing reasons, the Department of Education respectfully requests that the Court grant this motion and enter the attached order.

Dated: July 31, 2007

OF COUNSEL:
JENNIFER A. GOODMAN
Attorney
U.S. Department of Education

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General,
Civil Division

JEFFREY A. TAYLOR
United States Attorney

ARTHUR R. GOLDBERG
Assistant Branch Director,
Federal Programs Branch

  s/ Jacqueline Coleman Snead
JACQUELINE COLEMAN SNEAD
(D.C. Bar No. 459548)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W., Rm 7214
Washington, DC 20530
Tel: (202) 514-3418
Fax: (202) 616-8470
jacqueline.snead@usdoj.gov

**Counsel for United States Department of
Education**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

CITIZENS FOR RESPONSIBILITY AND ETHICS)
IN WASHINGTON,                                                                     )
                                                                                           )
                             Plaintiff,           )
                                                                                           )          Case No. 1:07CV00963-RMU
                           v.                     )
                                                                                           )
UNITED STATES DEPARTMENT OF                           )
EDUCATION,                                                                       )
                                                                                           )
                         Defendant.         )
_____)

## PROPOSED ORDER

Upon consideration of Defendant's Motion for an Extension of Time to File Its Reply, and the complete record in this case, it hereby

ORDERED that Defendant's motion is granted; and

FURTHER ORDERED that Defendant's Reply in Support of Defendant's Motion to Dismiss shall be filed on or before September 10, 2007.

IT IS SO ORDERED.


_____
Ricardo M. Urbina
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on July 31, 2007, a true and correct copy of the foregoing

Defendant's Unopposed Motion for an Extension of Time was electronically filed through the

U.S. District Court for the District of Columbia Electronic Document Filing System (ECF) and

that the document is available for viewing on that system.


_____ s/ Jacqueline Coleman Snead _____
JACQUELINE COLEMAN SNEAD