# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, : : : : Plaintiff, : : v. : : U.S. DEPARTMENT OF EDUCATION, : : : Defendant. : : | Civil Action No. 1:07-cv-00963 (RMU) |

## PLAINTIFF'S NOTICE OF ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Kimberly D. Perkins hereby enters an appearance on behalf of Plaintiff Citizens for Responsibility and Ethics in Washington as lead counsel. Counsel requests that copies of court orders, filings, and other court papers be sent by Electronic Case Filing to Kimberly D. Perkins.

Respectfully Submitted

/s/
Kimberly D. Perkins
D.C.. Bar No. 481460
Citizens for Responsibility and
Ethics in Washington
1400 Eye Street, Suite 450
Washington, D.C. 20005
(202) 408-5565

Dated: August 21, 2007