UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CITIZENS FOR RESPONSIBILITY AND : 
ETHICS IN WASHINGTON, :
:
:
    Plaintiff, :
:
    v. : Civil Action No. 1:07-cv-00963 (RMU)
:
U.S. DEPARTMENT OF EDUCATION, :
:
:
    Defendant. :
_____ :

**PLAINTIFF'S MOTION FOR LEAVE TO FILE A SURREPLY TO DEFENDANT'S
REPLY MEMORANDUM IN FURTHER SUPPORT OF ITS MOTION TO DISMISS**

Plaintiff Citizens for Responsibility and Ethics in Washington ("CREW") hereby requests leave of the Court to file a surreply to Defendant's Reply Memorandum in Further Support of its Motion to Dismiss in order to address defendant Department of Education's inaccurate description of the record before the Court. Plaintiff has attempted to contact defendant by telephone and was unable to reach it to obtain its position on plaintiff's Motion. By allowing this surreply, the Court will ensure a more accurate and complete record.

Respectfully submitted,

_____/s/_____
Anne L. Weismann
(D.C. Bar No. 298190)
Kimberly D. Perkins
(D.C. Bar No. 481460)
Citizens for Responsibility and Ethics
 in Washington
1400 Eye Street, N.W., Suite 450
Washington, D.C. 20005
Phone: (202) 408-5565
Fax: (202) 588-5020

|  |  |
|---|---|
| Dated: September 10, 2007 | Attorneys for Citizens for Responsibility and Ethics in Washington |

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, : : : : Plaintiff, : : v. : : U.S. DEPARTMENT OF EDUCATION, : : Defendant. : _____: | Civil Action No. 1:07-cv-00963 (RMU) |

**PLAINTIFF'S SURREPLY TO DEFENDANT'S REPLY MEMORANDUM
IN FURTHER SUPPORT OF ITS MOTION TO DISMISS**

It is vitally important that the record is clear for purposes of this Court's decision in this case. In its Reply, defendant once again attempts to cast plaintiff's lawsuit under the Federal Records Act ("FRA") and understanding of its discussion with defendants regarding the use of outside email accounts as one in which the plaintiff is seeking information under the FOIA of communications from the private email accounts of educational publishers. This arguments is simply ridiculous and a non-sequitur.

Plaintiff is not interested in the private email accounts of outside vendors. The information plaintiff is interested in and entitled to under the FOIA, and the information that Education is required to capture under the FRA, are those emails that Education employees receive from those outside vendors, regardless of the kind of email accounts those vendors use, that are related to the Reading First and Early Reading programs. This information **is** covered by the Federal Records Act and if defendant is allowing its employees to use private email accounts to conduct official business this is the information that is not being captured in violation of the FRA. Contrary to defendant's assertion in its Reply brief, plaintiff has **never** confirmed that the

statements made by Education employees several times over related to those communications of employees of educational publishers. Plaintiff seeks no such information, and the record should be made clear.

In the alternative, and given the conflicting sworn Declarations regarding this issue, plaintiff requests that the Court hear from the deponents directly in a conference set up with the parties.

## CONCLUSION

For the foregoing reasons, CREW respectfully requests that the Court deny defendants' motion to dismiss.

Respectfully submitted,

  /s/
Anne L. Weismann
(D.C. Bar No. 298190)
Kimberly D. Perkins
(D.C. Bar No. 481460)
Citizens for Responsibility and Ethics
    In Washington
1400 Eye Street, N.W., Suite 450
Washington, D.C. 20005
Phone: (202) 408-5565
Attorneys for Plaintiff

Dated: September 10, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, | : : : : | |
| Plaintiff, | : : | |
| v. | : : | Civil Action No. 1:07-cv-00963 (RMU) |
| U.S. DEPARTMENT OF EDUCATION, | : : : | |
| Defendant. | : : | |

**[DRAFT] ORDER**

The Court having considered the Motion of Citizens for Responsibility and Ethics in Washington for Leave to File a Surreply to Defendant's Reply Memorandum in Further Support of its Motion to Dismiss, it is hereby

ORDERED, that the motion is granted and that Citizens for Responsibility and Ethics in Washington is hereby permitted to file its surreply, which accompanied its motion for leave to so file.

_____
Ricardo M. Urbina
United States District Judge

Dated: _____