# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS) IN WASHINGTON, | |
| ) | |
|     Plaintiff, ) | |
| ) | |
|     v. ) | |
| ) | |
| UNITED STATES DEPARTMENT OF ) EDUCATION, MARGARET SPELLINGS, in her ) official capacity as the Secretary of Education, ) NATIONAL ARCHIVES AND RECORDS ) ADMINISTRATION, DR. ALLEN WEINSTEIN, ) in his official capacity as the Archivist of the ) United States, ) | Case No. 1:07CV00963-RMU |
| ) | |
|     Defendants. ) | |
| _____) | |

## DEFENDANTS' ANSWER TO CLAIM FIVE OF THE AMENDED COMPLAINT

Defendants the United States Department of Education, Secretary Margaret Spellings, in her official capacity as the Secretary of Education, the National Archives and Records Administration, and Dr. Allen Weinstein, in his official capacity as the Archivist of the United States, by and through, undersigned counsel hereby answer Claim Five of the Amended Complaint for Declaratory Judgment and Injunctive Relief ("Amended Complaint") in the above-captioned action. In lieu of answering the remaining claims in the Amended Complaint, Defendants have moved to dismiss those claims for lack of jurisdiction. *See* Defendants' Motion to Dismiss Claims One Through Four of the Amended Complaint (filed October 16, 2007).

The following responses correspond to the numbered paragraphs in the Amended Complaint:

1.  Defendants have moved to dismiss for lack of jurisdiction the claims of the Amended Complaint to which the allegations in Paragraph 1 relate, and therefore no further response is required.

2.  Paragraph 2 contains Plaintiff's characterizations of this lawsuit, not allegations of fact, and thus no response is required.  To the extent a response is required, Defendants deny the allegations in Paragraph 2 except to admit that Plaintiff has filed Claim Five under the Freedom of Information Act ("FOIA").

3.  Defendants have moved to dismiss for lack of jurisdiction the claims of the Amended Complaint to which the allegations in Paragraph 3 relate, and therefore no further response is required.

4.  Defendants have moved to dismiss for lack of jurisdiction the claims of the Amended Complaint to which the allegations in Paragraph 4 relate, and therefore no further response is required.

5.  Paragraph 5 contains Plaintiff's characterization of this lawsuit, not allegations of fact, and thus no response is required.  To the extent a response is required, Defendants deny the allegations in Paragraph 5 except to admit that Plaintiff seeks declaratory and injunctive relief in this action.

**JURISDICTION AND VENUE**

6.  Paragraph 6 contains conclusions of law, not allegations of fact, and thus no response is required.  Defendants deny any characterizations of the cited statutory provisions, which speak for themselves, and respectfully refer the Court to the cited provisions for a complete and accurate statement of their contents.

**PARTIES**

7.  Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 7.

8.  Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 8.

9.  Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 9 except to admit that Plaintiff previously has submitted FOIA requests to the Department of Education.

10.  Defendants have moved to dismiss for lack of jurisdiction the claims of the Amended Complaint to which the allegations in Paragraph 10 relate, and therefore no further response is required.

11.  Defendants have moved to dismiss for lack of jurisdiction the claims of the Amended Complaint to which the allegations in Paragraph 11 relate, and therefore no further response is required.

12.  Defendants deny the allegations in Paragraph 12.

13.  Defendants admit that the Department of Education is an agency within the meaning of 5 U.S.C. § 702 and 5 U.S.C. § 552(f).  Defendants have moved to dismiss for lack of

3

jurisdiction the claims of the Amended Complaint to which the remaining allegations in Paragraph 13 relate, and therefore no further response is required.

14. Defendants admit that Margaret Spellings is the Secretary of the Department of Education. Defendants have moved to dismiss for lack of jurisdiction the claims of the Amended Complaint to which the remaining allegations in Paragraph 14 relate, and therefore no further response is required.

15. Defendants have moved to dismiss for lack of jurisdiction the claim of the Amended Complaint to which the allegations in Paragraph 15 relate, and therefore no further response is required.

16. Defendants have moved to dismiss for lack of jurisdiction the claim of the Amended Complaint to which the allegations in Paragraph 16 relate, and therefore no further response is required.

## STATUTORY FRAMEWORK

### The Federal Records Act

17. Defendants have moved to dismiss for lack of jurisdiction the claims of the Amended Complaint to which the allegations in Paragraph 17 relate, and therefore no further response is required.

18. Defendants have moved to dismiss for lack of jurisdiction the claims of the Amended Complaint to which the allegations in Paragraph 18 relate, and therefore no further response is required.

19. Defendants have moved to dismiss for lack of jurisdiction the claims of the Amended Complaint to which the allegations in Paragraph 19 relate, and therefore no further response is

required.

20.  Defendants have moved to dismiss for lack of jurisdiction the claims of the Amended Complaint to which the allegations in Paragraph 20 relate, and therefore no further response is required.

21.  Defendants have moved to dismiss for lack of jurisdiction the claims of the Amended Complaint to which the allegations in Paragraph 21 relate, and therefore no further response is required.

22.  Defendants have moved to dismiss for lack of jurisdiction the claims of the Amended Complaint to which the allegations in Paragraph 22 relate, and therefore no further response is required.

23.  Defendants have moved to dismiss for lack of jurisdiction the claims of the Amended Complaint to which the allegations in Paragraph 23 relate, and therefore no further response is required.

**The Freedom of Information Act**

24.  Paragraph 24 contains Plaintiff's characterizations of the FOIA, not allegations of fact, and thus no response is required.  Defendants deny any characterizations of the cited statutory provision, which speaks for itself, and respectfully refer the Court to the cited provision for a complete and accurate statement of its contents.

25.  Paragraph 25 contains Plaintiff's characterizations of the FOIA, not allegations of fact, and thus no response is required.  Defendants deny any characterizations of the cited statutory provision, which speaks for itself, and respectfully refer the Court to the cited provision for a complete and accurate statement of its contents.

26. Paragraph 26 contains Plaintiff's characterizations of the FOIA, not allegations of fact, and thus no response is required. Defendants deny any characterizations of the cited statutory provision, which speaks for itself, and respectfully refer the Court to the cited provision for a complete and accurate statement of its contents.

27. Paragraph 27 contains a conclusion of law and Plaintiff's characterizations of the FOIA, not allegations of fact, and thus no response is required. Defendants deny any characterizations of the cited statutory provision, which speaks for itself, and respectfully refer the Court to the cited provision for a complete and accurate statement of its contents.

28. Paragraph 28 contains Plaintiff's characterizations of the FOIA, not allegations of fact, and thus no response is required. Defendants deny any characterizations of the cited statutory provision, which speaks for itself, and respectfully refer the Court to the cited provision for a complete and accurate statement of its contents.

29. Paragraph 29 contains Plaintiff's characterizations of the FOIA and Department of Education regulations, not allegations of fact, and thus no response is required. Defendants deny any characterizations of the cited statutory and regulatory provisions, which speak for themselves, and respectfully refer the Court to the cited provisions for a complete and accurate statement of their contents.

## FACTS GIVING RISE TO PLAINTIFF'S CLAIMS FOR RELIEF

30. Defendants admit that Plaintiff submitted a FOIA request to the Department of Education dated March 28, 2007. Defendants respectfully refer the Court to the copy of the request attached as Exhibit A to the Amended Complaint for a complete and accurate statement of its contents.

6

31.  Defendants admit that the Department of Education sent Plaintiff a letter dated April 16, 2007 acknowledging receipt of Plaintiff's FOIA request, denying Plaintiff's request for a fee waiver, requesting clarification on items 1-3 of that request, and enclosing a CD of records previously disclosed to a FOIA requester in response to item 4 of Plaintiff's request.  Defendants respectfully refer the Court to the copy of the letter attached as Exhibit B to the Amended Complaint for a complete and accurate statement of its contents.

32.  Defendants have moved to dismiss for lack of jurisdiction the claims of the Amended Complaint to which the allegations in Paragraph 32 relate, and therefore no further response is required.

33.  Defendants admit that on May 11, 2007, Plaintiff sent an email to the Department of Education appealing its denial of Plaintiff's fee waiver request.  Defendants respectfully refer the Court to the copy of the email attached as Exhibit D to the Amended Complaint for a complete and accurate statement of its contents.

34.  Defendants have moved to dismiss for lack of jurisdiction the claims of the Amended Complaint to which the allegations in Paragraph 34 relate, and therefore no further response is required.

35.  Defendants have moved to dismiss for lack of jurisdiction the claims of the Amended Complaint to which the allegations in Paragraph 35 relate, and therefore no further response is required.

36.  Defendants have moved to dismiss for lack of jurisdiction the claims of the Amended Complaint to which the allegations in Paragraph 36 relate, and therefore no further response is required.

37.  Defendants deny the allegations in Paragraph 37 except to admit that on May 21, 2007, Plaintiff sent an email to the Department of Education.  Defendants respectfully refer the Court to the copy of the email attached as Exhibit E to the Amended Complaint for a complete and accurate statement of its contents.

38.  Defendants have moved to dismiss for lack of jurisdiction the claims of the Amended Complaint to which the allegations in Paragraph 38 relate, and therefore no further response is required.

39.  Defendants have moved to dismiss for lack of jurisdiction the claims of the Amended Complaint to which the allegations in Paragraph 39 relate, and therefore no further response is required.

40.  Defendants admit that on June 8, 2007, the Department of Education sent a letter to Plaintiff affirming the denial of its fee waiver request.  Defendants respectfully refer the Court to the copy of the letter attached as Exhibit F to the Amended Complaint for a complete and accurate statement of its contents.

41.  Defendants deny the allegations in Paragraph 41 except to admit that Plaintiff sent the Department of Education a letter dated June 21, 2007.  Defendants respectfully refer the Court to the copy of the letter attached as Exhibit G to the Amended Complaint for a complete and accurate statement of its contents.

42.  Defendants deny the allegations in Paragraph 42.

43.  Defendants admit that on September 6, 2007, the Department of Education affirmed its denial of Plaintiff's fee waiver appeal.  Defendants respectfully refer the Court to the copy of the letter attached as Exhibit I to the Amended Complaint for a complete and accurate statement

of its contents.

44.  Defendants deny the allegations in Paragraph 44 and further aver that the Department of Education has not processed Plaintiff's FOIA request for communications between Department personnel and employees of educational publishers.

45.  Paragraph 45 contains conclusions of law, not allegations of fact, and thus no response is required.

46.  Paragraph 46 contains conclusions of law, not allegations of fact, and thus no response is required.

## PLAINTIFF'S CLAIMS FOR RELIEF

## CLAIM ONE

### (Policy to Fail to Maintain Records Subject to the FRA)

### (Against Defendant Education and Secretary Spellings)

47.  Defendants have moved to dismiss this claim of the Amended Complaint for lack of jurisdiction and therefore no further response is required.

48.  Defendants have moved to dismiss this claim of the Amended Complaint for lack of jurisdiction and therefore no further response is required.

49.  Defendants have moved to dismiss this claim of the Amended Complaint for lack of jurisdiction and therefore no further response is required.

50.  Defendants have moved to dismiss this claim of the Amended Complaint for lack of jurisdiction and therefore no further response is required.

## CLAIM TWO

### (Policy to Destroy Records Subject to the FRA)

### (Against Defendant Education and Secretary Spellings)

51.  Defendants have moved to dismiss this claim of the Amended Complaint for lack of jurisdiction and therefore no further response is required.

52.  Defendants have moved to dismiss this claim of the Amended Complaint for lack of jurisdiction and therefore no further response is required.

53.  Defendants have moved to dismiss this claim of the Amended Complaint for lack of jurisdiction and therefore no further response is required.

54.  Defendants have moved to dismiss this claim of the Amended Complaint for lack of jurisdiction and therefore no further response is required.

55.  Defendants have moved to dismiss this claim of the Amended Complaint for lack of jurisdiction and therefore no further response is required.

## CLAIM THREE

### (Refusal to Take Enforcement Action)

### (Against Defendant Archivist and Secretary Spellings)

56.  Defendants have moved to dismiss this claim of the Amended Complaint for lack of jurisdiction and therefore no further response is required.

57.  Defendants have moved to dismiss this claim of the Amended Complaint for lack of jurisdiction and therefore no further response is required.

58.  Defendants have moved to dismiss this claim of the Amended Complaint for lack of jurisdiction and therefore no further response is required.

59. Defendants have moved to dismiss this claim of the Amended Complaint for lack of jurisdiction and therefore no further response is required.

60. Defendants have moved to dismiss this claim of the Amended Complaint for lack of jurisdiction and therefore no further response is required.

61. Defendants have moved to dismiss this claim of the Amended Complaint for lack of jurisdiction and therefore no further response is required.

62. Defendants have moved to dismiss this claim of the Amended Complaint for lack of jurisdiction and therefore no further response is required.

**CLAIM FOUR**

**(Failure to Produce Records)**

**(Against Defendant Education)**

63. Defendants have moved to dismiss this claim of the Amended Complaint for lack of jurisdiction and therefore no further response is required.

64. Defendants have moved to dismiss this claim of the Amended Complaint for lack of jurisdiction and therefore no further response is required.

65. Defendants have moved to dismiss this claim of the Amended Complaint for lack of jurisdiction and therefore no further response is required.

66. Defendants have moved to dismiss this claim of the Amended Complaint for lack of jurisdiction and therefore no further response is required.

## CLAIM FIVE

### (Improper Denial of Fee Waiver)

### (Against Defendant Education)

67.  Defendants repeat and reallege the responses contained in paragraphs 1 through 66 inclusive.

68.  Defendants deny the allegations in Paragraph 68.

69.  Defendants deny the allegations in Paragraph 69.

## PRAYER FOR RELIEF

The remaining paragraphs of the Amended Complaint contain Plaintiff's Prayer for Relief, to which no response is required.  To the extent a response is deemed necessary, Defendants deny the allegations contained in the remaining portions of the Amended Complaint and further aver that Plaintiff is not entitled to any relief.

## AFFIRMATIVE DEFENSE AS TO CLAIM FIVE

The Department of Education's actions did not violate FOIA or any other statutory provision.

WHEREFORE, Defendants respectfully request that the Court enter judgment dismissing this action with prejudice and awarding Defendants costs and such other relief as the Court may deem appropriate.

Dated: October 16, 2007                          Respectfully submitted,


OF COUNSEL:                                      PETER D. KEISLER
MARCELLA GOODRIDGE                               Assistant Attorney General,
Attorney                                         Civil Division
U.S. Department of Education

                                                 JEFFREY A. TAYLOR
                                                 United States Attorney

JASON R. BARON
Director of Litigation                           ARTHUR R. GOLDBERG
National Archives and Records                    Assistant Branch Director,
Administration                                   Federal Programs Branch

                                                   s/ Jacqueline Coleman Snead
                                                 JACQUELINE COLEMAN SNEAD
                                                 (D.C. Bar No. 459548)
                                                 Trial Attorney
                                                 United States Department of Justice
                                                 Civil Division, Federal Programs Branch
                                                 20 Massachusetts Avenue, N.W., Rm 7214
                                                 Washington, DC 20530
                                                 Tel: (202) 514-3418
                                                 Fax: (202) 616-8470
                                                 jacqueline.snead@usdoj.gov

                                                 **Counsel for Defendants**

## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2007, a true and correct copy of the foregoing

Defendants' Answer to Claim Five of the Amended Complaint was electronically filed through

the U.S. District Court for the District of Columbia Electronic Document Filing System (ECF)

and that the document is available for viewing on that system.


s/ Jacqueline Coleman Snead
JACQUELINE COLEMAN SNEAD