THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| CITIZENS FOR RESPONSIBILITY<br>& ETHICS IN WASHINGTON, | : | | |
| | : | | |
| Plaintiff, | : | Civil Action No.: | 07-0963 (RMU) |
| | : | | |
| v. | : | Document Nos.: | 4, 12, 18 |
| | : | | |
| DEPARTMENT OF EDUCATION *et al.*, | : | | |
| | : | | |
| Defendants. | : | | |

### MEMORANDUM OPINION

**DENYING THE JULY 23, 2007 MOTION TO DISMISS;**
**DENYING THE PLAINTIFF'S MOTION TO FILE A SUR-REPLY;**
**GRANTING THE OCTOBER 16, 2007 MOTION TO DISMISS**

For the reasons stated in this court's Memorandum Opinion separately and contemporaneously issued this 10th day of March, 2008, it is hereby

**ORDERED** that the defendant's July 23, 2007 motion to dismiss is **DENIED**; it is

**ORDERED** that the plaintiff's motion to file a sur-reply is **DENIED**; and it is

**FURTHER ORDERED** that the defendant's October 16, 2007 motion to dismiss is **GRANTED**; it is

**SO ORDERED**.

RICARDO M. URBINA
United States District Judge