AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Citizens for Responsibility and Ethics in Washington )
        Plaintiff(s)   )
)
)
        vs.   )
United States Department of Education )
)
        Defendant(s)   )

**APPEARANCE**

CASE NUMBER   07-00963 (RMU)

To the Clerk of this court and all parties of record:

Please enter the appearance of  Scott A. Hodes  as counsel in this
                              (Attorney's Name)

case for: Citizens for Responsibility and Ethics in Washington
                    (Name of party or parties)

5/19/08
Date

*[signature]*
Signature

Scott A. Hodes
Print Name

D.C. Bar# 430375
BAR IDENTIFICATION

P.O. Box 4200
Address

Washington, D.C.   20015
City   State   Zip Code

301-404-0502
Phone Number